1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                             EASTERN DISTRICT OF CALIFORNIA

10

11    MOISES CHAVEZ,                                  **Case No. 1:20-cv-01190-JLT (PC)**

12                     Plaintiff,
                                                      **ORDER RELATING CASES**
13          v.

14    S. GUSTAVESON, et al.,

15                     Defendants.

16
      ─────────────────────────────
17    MOISES CHAVEZ,                                   **Case No. 1:20-cv-01441-EPG (PC)**

18                     Plaintiff,

19          v.

20    S. GUSTAVESON, et al.,

21
                       Defendants.
22

23
            After examining the above-captioned actions, the Court finds that they are related within
24
      the meaning of Local Rule 123(a) as they involve the same questions of fact and law and involve
25
      the same parties. See E.D. Cal. R. 123(a). The Court therefore **ORDERS** that Case No. 1:20-cv-
26
      1441-EPG be reassigned from Magistrate Judge Erica P. Grosjean to the undersigned.
27
            It is further **ORDERED** that the Clerk of the Court make appropriate adjustments in the
28

                                                    1

1   assignment of civil cases to compensate for this reassignment.

2

3   IT IS SO ORDERED.

4        Dated:   **October 22, 2020**                    **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                        2