1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                                    EASTERN DISTRICT OF CALIFORNIA

10

11   MOISES CHAVEZ,                              No. 1:20-cv-01190-NONE-JLT (PC)

12              Plaintiff,                       ORDER ADOPTING FINDINGS AND
                                                 RECOMMENDATIONS AND DISMISSING
13      v.                                       ACTION

14   S. GUSTAVESON, et al.,

15              Defendants.                      (Doc. No. 9)

16

17          Plaintiff Moises Chavez is a state prisoner proceeding *pro se* and *in forma pauperis* in this

18   civil rights action under 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On February 8, 2021, the assigned magistrate judge issued an order granting plaintiff's

21   motion to proceed *in forma pauperis*.  (Doc. No. 7.)  On March 3, 2021, the U.S. Postal Service

22   returned the order as undeliverable.  Pursuant to Local Rule 183(b), if mail directed to a *pro se*

23   plaintiff "is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and

24   opposing parties within sixty-three (63) days thereafter of a current address, the Court may

25   dismiss the action without prejudice for failure to prosecute." L.R. 183(b).  More than sixty-three

26   days passed, and plaintiff failed to notify the court of his current address.

27          Accordingly, on May 21, 2021, the assigned magistrate judge issued findings and

28   recommendations, recommending that this action be dismissed without prejudice for plaintiff's

failure to prosecute.  (Doc. No. 9.)  The findings and recommendations were served on plaintiff and provided him fourteen (14) days to file objections thereto.  (*Id.* at 2.)  Plaintiff has not filed any objections and the time do so has passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1.      The findings and recommendations issued on May 21, 2021 (Doc. No. 9) are adopted in full;

2.      This action is dismissed without prejudice for plaintiff's failure to prosecute; and,

3.      The Clerk of the Court is directed to assign a district judge to this case for the purposes of closure and then to close this case.

IT IS SO ORDERED.

Dated:   **August 23, 2021**

UNITED STATES DISTRICT JUDGE

---

[1] The U.S. Postal Service returned the findings and recommendations as undeliverable on June 2, 2021.  Pursuant to Local Rule 182(f), if a *pro se* party fails to notify the court of a change of address, "service of documents at the prior address [of record] of the . . . party shall be fully effective." L.R. 182(f).